**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| JOEL LUCOFF | ) | CIVIL ACTION NO. 0:20-cv-62125 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN HONDA FINANCE | ) | |
| CORPORATION d/b/a ACURA | ) | |
| FINANCIAL SERVICES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, JOEL LUCOFF ("Plaintiff") and Defendant, AMERICAN HONDA FINANCE CORPORATION d/b/a ACURA FINANCIAL SERVICES ("Defendant") through undersigned counsel, jointly, after having met and conferred, submit this Joint Notice of Settlement pursuant to Local Rule 16.4 and advise the Court that the parties have reached a settlement in principle of this matter that will resolve the matter in its entirety. The parties respectfully request the Court to allow the parties 60 calendar days to complete the settlement agreement and to comply with its terms.

By:

| | |
|---|---|
| */s/ Joel Lucoff* | */s/ Gabrielle Gonzalez* |
| Joel D. Lucoff, Esq. | Adam J. Wick, Esquire |
| Florida Bar No. 192163 | Florida Bar No. 057950 |
| Debt Shield Law, P.A. | Gabrielle Gonzalez, Esquire |
| 3440 Hollywood Blvd | Florida Bar No. 103036 |
| Hollywood, FL 33602 | Liebler, Gonzalez & Portuondo |
| Telephone: (754) 800-5299 | 44 West Flagler Street-25th Floor |
| Facsimile:  (305) 503-9457 | Miami, Florida 33130 |
| service@debtshieldlaw.com | Telephone: (305) 379-0400 |
| joel@debtshieldlaw.com | Facsimile: (305) 379-9626 |
| *Counsel for Plaintiff* | service@lgplaw.com |
| | *Counsel for Defendant* |