# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOEL LUCOFF ) | CIVIL ACTION NO. 0:20-cv-62125 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| AMERICAN HONDA FINANCE ) | |
| CORPORATION d/b/a ACURA ) | |
| FINANCIAL SERVICES ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JOEL LUCOFF, and Defendant AMERICAN HONDA FINANCE CORPORATION d/b/a ACURA FINANCIAL SERVICES, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with prejudice, as to all defendants, with each party to bear their own attorney's fees, costs and expenses.

By:

*/s/Joel D. Lucoff*
Joel D. Lucoff, Esq.
Florida Bar No. 192163
Debt Shield Law, P.A.
3440 Hollywood Blvd
Hollywood, FL 33602
Telephone: (754) 800-5299
Facsimile: (305) 503-9457
service@debtshieldlaw.com
joel@debtshieldlaw.com
*Counsel for Plaintiff*

*/s/ Gabrielle Gonzalez*
Adam J. Wick, Esquire
Florida Bar No. 057950
Gabrielle Gonzalez, Esquire
Florida Bar No. 103036
Liebler, Gonzalez & Portuondo
44 West Flagler Street-25th Floor
Miami, Florida 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626
service@lgplaw.com
*Counsel for Defendant*

CIVIL ACTION NO. 0:20-cv-62125

## CERTIFICATE OF SERVICE

This is to certify that on this 11 day of February 2021, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/  *Gabrielle Gonzalez*
Gabrielle Gonzalez, Esq.