UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62125-CIV-ALTMAN

JOEL LUCOFF,

    *Plaintiff*,

v.

AMERICAN HONDA FINANCE CORPORATION,

    *Defendant*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 19]. Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED with prejudice.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 11th day of February 2021.

                                              _____
                                              **ROY K. ALTMAN**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record